UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID PATTERSON | ) |
| | ) |
| v. | ) Civil Action No. 3:10-0464 |
| | ) Judge Echols/Knowles |
| GERALD ANDERSON | ) |

### O R D E R

Pending before the Court is Defendant's Motion to Appear at the Initial Case Management Conference via Telephone. Docket No. 5. This motion is denied as moot. The Initial Case Management Conference scheduled for Tuesday, July 6, 2010, is CANCELLED. Deadlines for progression of this case will be established in a separate order.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge