IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID PATTERSON | ) |
| | ) |
| v. | ) NO. 3-10-0464 |
| | ) JUDGE CAMPBELL |
| GERALD ANDERSON | ) |

ORDER

This action was reassigned to this Court by Order dated July 30, 2010 (Docket No.19). The case is referred to the Magistrate Judge for entry of a scheduling order, including a target trial date, for decision on all pretrial, nondispositive motions, and for reports and recommendations on all dispositive motions.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE