## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| **DAVID PATTERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3-10-0464** |
| | ) | |
| **GERALD ANDERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## ORDER

---

Upon the request of Plaintiff, and for good cause shown, it is hereby **ORDERED** that Plaintiff may take the deposition of Defendant Gerald Anderson at the Federal Medical Center in Butner, North Carolina on January 27, 2011 as set forth in the Notice of Deposition served on Defendant by Plaintiff's counsel.  It is further **ORDERED** that the Federal Medical Center shall make the Defendant available for a deposition at the Federal medical Center on January 27, 2011 at 9:00 a.m.

E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE