IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID PATTERSON | ) |
| | ) |
| v. | ) NO. 3-10-0464 |
| | ) JUDGE CAMPBELL |
| GERALD ANDERSON | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 108), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the deadlines set forth in the Report and Recommendation shall apply in the further litigation of this case, and the pretrial conference and trial dates shall be continued as set forth in the Order filed contemporaneously herewith.

Also pending before the Court is Plaintiff's Motion to Bifurcate Proceedings and Amend the Scheduling Order (Docket No. 109). Plaintiff's Motion is DENIED. Plaintiff asks the Court to address issues which were addressed in a prior Report and Recommendation (Docket No. 83) and the Court's Order thereon (Docket No. 89). All remaining issues in this action will be determined at trial.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE