IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID PATTERSON | ) |
| | ) |
| v. | ) NO. 3-10-0464 |
| | ) JUDGE CAMPBELL |
| GERALD ANDERSON | ) |

JUDGMENT

Pursuant to the accompanying Findings of Fact and Conclusions of Law, judgment is entered herein for Plaintiff David Patterson against Defendant Gerald Anderson for $3,136,661.49. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE